**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | | |
|---|---|---|---|
| **JEFFREY ANDERSON,** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | | |
| | ) | | |
| **v.** | ) | **No. 3:16-cv-02783** | |
| | ) | **CHIEF JUDGE CRENSHAW** | |
| **COOK OUT – GALLATIN PIKE, INC.,** | ) | | |
| | ) | | |
| **Defendant.** | ) | | |

**ORDER**

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending that the Court dismiss the Complaint for failure to prosecute. (Doc. No. 23.) Plaintiff did not file timely objections. After a de novo review, the Report and Recommendation is **ADOPTED**.

Accordingly, the Complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58. The Court **CERTIFIES** that an appeal in forma pauperis from this Order would not be taken in good faith.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE